UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Russell Pahl and Wayde R. Pahl,

          Plaintiffs,

                                         ORDER ADOPTING
vs.                              REPORT AND RECOMMENDATION

Roger Olds and Ron Saba,

          Defendants.         Civ. No. 06-4744 (MJD/RLE)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

    1.    That the Defendant's Motion to Substitute and Dismiss [Docket No. 9] is granted.

    2.    That the Plaintiffs' remaining claims against the Defendant Roger Olds are remanded to the Minnesota District Court for the Ninth Judicial District, at Cass County, Minnesota, from which it was removed.

DATED: July 20, 2007                            s/Michael J. Davis
At Minneapolis, Minnesota                    Michael J. Davis
                                                United States District Court Judge